WILLIAM A. ROMAINE #126966
LAW OFFICE OF WILLIAM A. ROMAINE
1200 SOUTH WOODLAND STREET, SUITE A
VISALIA, CALIFORNIA 93277

TELEPHONE 559 635 3040
TELECOPIER 559 635 3044

ATTORNEYS FOR PLAINTIFF

# United States District Court
## Northern District of California
## (Oakland Division)

| | |
|---|---|
| TONY KO, as parent and guardian ad litem for RYAN KO, a minor,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, CALIFORNIA,<br><br>　　　　　Defendant. | Case No. 3:05-cv-01686-CRB<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RULE 26 EXCHANGE OF DOCUMENTS |

　　　By and through their respective counsel of record, the parties to the above-entitled matter do hereby stipulate that the initial case management conference, presently scheduled to take place on Friday, August 12, 2005 at 8:30 A.M. in the Courtroom of the Honorable Charles R. Breyer be continued until Friday, September 2, 2005 at the hour of 8:30 A.M. in the Courtroom of the Honorable Charles R. Breyer.

　　　The parties further stipulate that the date by which the parties shall meet and confer to prepare a joint Rule 16 Scheduling Conference Statement may be continued to August 15, 2005 and the date by which the parties shall exchange documents as provided by Federal Rules of Civil Procedure, Rule 26 may be continued to August 15, 2005.  The parties also stipulate that the deadline by which the Joint Rule 26

LAW OFFICE OF
WILLIAM A. ROMAINE
1200 S. WOODLAND ST. SUITE A
VISALIA, CALIFORNIA 93277

TELEPHONE 559 635 3040
TELECOPIER 559 635 3044

Stipulation and order to continue scheduling conference date.wpd

1  Scheduling Conference Statement shall be electronically filed with the court may be
2  continued until August 19, 2005 and shall be filed on or before that date in
3  accordance with the applicable local rules of court.
4  It is so stipulated.
5  Dated: 8/2/05                           MICHAEL O'TOOLE, City Attorney
                                           City of Hayward, California
6
7                                          By: _Nancy Hart_____
8                                          NANCY HART, Deputy
                                           Attorneys for Defendant
9
10 Dated: 8/2/05                           LAW OFFICE OF WILLIAM A. ROMAINE
11
12
13                                         WILLIAM A. ROMAINE, Attorney for
                                           Plaintiff.
14
15                                    **ORDER**

16         UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING
   THEREFOR, IT IS HEREBY ORDERED that the initial case management
17 conference, presently scheduled to take place on Friday, August 12, 2005 at 8:30 A.M.
   in the Courtroom of the Honorable Charles R. Breyer shall be and is hereby
18 continued until Friday, September 2, 2005 at the hour of 8:30 A.M. in the Courtroom
   of the Honorable Charles R. Breyer.
19
           IT IS FURTHER ORDERED that the date by which the parties shall meet and
20 confer to prepare a joint Rule 16 Scheduling Conference Statement shall be and is
   hereby continued to August 15, 2005 and the date by which the parties shall
21 exchange documents as provided by Federal Rules of Civil Procedure, Rule 26 shall
   be and is hereby continued to August 15, 2005.
22
           IT IS FURTHER ORDERED that the deadline by which the Joint Rule 26
23 Scheduling Conference Statement shall be electronically filed with the court shall be
   and is hereby continued until August 19, 2005 and the parties shall file same
24 electronically with the court on or before that date in accordance with the applicable
   local rules of court
25
   It is so ordered.
26
27 Dated: August 04, 2005
28                                         UNITED STATES DISTRICT JUDGE
                                           Judge Charles R. Breyer

   **APPROVED**

LAW OFFICE OF
WILLIAM A. ROMAINE
1200 S. WOODLAND ST. SUITE A
VISALIA, CALIFORNIA 93277

TELEPHONE 559 635 3040
TELECOPIER 559 635 3044

Stipulation and order to continue scheduling conference date.wpd     - 2 -