WILLIAM A. ROMAINE #126966
LAW OFFICE OF WILLIAM A. ROMAINE
1200 SOUTH WOODLAND STREET, SUITE A
VISALIA, CALIFORNIA 93277

TELEPHONE 559 635 3040
TELECOPIER 559 635 3044

ATTORNEYS FOR PLAINTIFF

# United States District Court
## Northern District of California
### (Oakland Division)

| | |
|---|---|
| TONY KO, as parent and guardian ad litem for RYAN KO, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, CALIFORNIA,<br><br>Defendant. | CASE NO. 3:05-cv-01686-CRB<br><br>STIPULATION AND ORDER TO CONDUCT CASE MANAGEMENT CONFERENCE TELEPHONICALLY |

By and through their respective counsel of record, the parties to the above-entitled matter do hereby stipulate that the initial case management conference, presently scheduled to take place on Friday, September 9, 2005 at 8:30 A.M. in the Courtroom of the Honorable Charles R. Breyer be conducted telephonically. By stipulating hereto, undersigned counsel hereby agree to be available by telephone at the number inscribed by their signatures below from and after 8:30 A.M. on Friday, September 9, 2005 until such time contacted and released by the above-entitled court.

///

///

///

Stipulation and order for telephonic scheduling conference.wpd

1 | It is so stipulated.
2 | Dated: 9/8/05                    MICHAEL O'TOOLE, City Attorney
3 |                                   City of Hayward, California
4 | Tel.# 925-240-8830               By: _Nancy Hart_____
5 |                                   NANCY HART, ~~Deputy~~ Assistant City Attorney
6 |                                   Attorneys for Defendant
7 | Dated: 9/7/05                    LAW OFFICE OF WILLIAM A. ROMAINE
8 |
9 | Tel.# 559 635 3040               _William A. Romaine_____
10|                                   WILLIAM A. ROMAINE, Attorney for
11|                                   Plaintiff.

## ORDER

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED the initial case management conference, presently scheduled to take place on Friday, September 9, 2005 at 8:30 A.M. in the Courtroom of the Honorable Charles R. Breyer be conducted telephonically. By stipulating hereto, undersigned counsel hereby agree to be available by telephone at the number inscribed by their signatures below from and after 8:30 A.M. on Friday, September 9, 2005 until such time contacted and released by the above-entitled court

IT IS FURTHER ORDERED that by stipulating hereto, signing counsel shall be immediately available by telephone at the number inscribed by their signatures on this Stipulation and order from and after 8:30 A.M. on Friday, September 9, 2005 until such time contacted and released by the above-entitled court.

It is so ordered.

Dated: Sept. 8, 2005

_____ JUDGE

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

///
///
///

LAW OFFICE OF
WILLIAM A. ROMAINE
1200 S. WOODLAND ST. SUITE A
VISALIA, CALIFORNIA 93277

TELEPHONE 559 635 3040
TELECOPIER 559 635 3044

Stipulation and order for telephonic scheduling conference.wpd          - 2 -