1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  NANCY D. HART (SBN 195372)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street, 4th Floor
4  Hayward, California 94541-5007
   Tel: (510) 583-4450
5  Fax: (510) 583-3660

6  Attorneys for Defendant City of Hayward

7

8  WILLIAM A. ROMAINE (SBN 126966)
   LAW OFFICE OF WILLIAM A. ROMAINE
9  1200 South Woodland Street, Suite A
   Visalia, California 93277-4212
10 Tel: (559) 635 3040
   Fax:(559) 635 3044
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KO, a Minor, by and through TONY KO, his guardian ad litem,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, California, a California Municipality,<br><br>Defendant. | Case No.:C05-01686 MEJ<br><br>~~STIPULATION AND~~ ORDER RE EXTENSION OF EARLY NEUTRAL EVALUATION (ADR L.R. 5-5) |

IT IS HEREBY STIPULATED by and between the parties, as follows:

1. The parties' counsel participated in a telephone conference on November 9, 2005, with the Court-appointed ENE evaluator, Joanne Hoeper. Pursuant to the Court's order, the ENE is to be completed by January 2, 2006.

2. During that conference, the parties advised Ms. Hoeper of the then pending discovery, specifically depositions of Hayward School District personnel that had been scheduled

1  for November 22, 2005.

2      3.    The parties agreed that further discovery is critical to positioning the case for case evaluation, which cannot be completed without authorization for release of confidential and privileged records from Hayward Unified School District and Hayward Police Department Youth & Family Services Bureau.

    4.    It was apparent that the critical discovery could not be completed prior to the only date available to the ENE evaluator and the parties prior to the end of the year; thus, the ENE could not be completed by the Court's deadline of January 2, 2006.

    5.    The depositions of the Hayward Unified School District personnel were taken on November 22, 2005. The depositions were attended by the minor's parents, Tony and Claudia Ko, who stipulated to release of the Hayward Unified School District records produced at those depositions, subject to use thereof solely for purposes of this litigation, and subsequent sealing thereof upon resolution of the litigation, pursuant to future Court order as may be requested by plaintiffs.

    6.    The parties further agreed to waiver of confidentiality and privileges that apply to the records of the Hayward Police Department Youth & Family Services Bureau, subject to use thereof solely for purposes of this litigation, and subsequent sealing upon resolution of the litigation, pursuant to further Court order as may be requested by plaintiffs, as evidenced by the parties' stipulation filed concurrently herewith. Upon entry of the Court's order on that stipulation, those records will be obtained by the parties and the deposition of the Youth & Family Services Bureau counselor will be taken.

    7.    In order to accommodate completion of the discovery critical to evaluation of this case, the parties and the ENE evaluator agreed that the parties would request an extension of the ADR deadline, to March 23, 2006 and that the ENE session will be held prior to March 23, 2006. [handwritten initials: MJH]

///
///
///

1 | DATED: November 23, 2005        MICHAEL J. O'TOOLE, City Attorney
2 |                                 By: /s/ Nancy Hart
3 |                                 NANCY D. HART, Assistant City Attorney
  |                                 Attorneys for Defendant, City of Hayward
4 |
5 | DATED: December 20___, 2005
6 |                                 /s/
  |                                 _____
7 |                                 WILLIAM A. ROMAINE
  |                                 Attorney for Plaintiff
8 |
9 |                         ORDER
10 |   Based upon the foregoing stipulation and the considerations therein, the Court hereby
11 | orders:
12 |   That the deadline for completion of the Early Neutral Evaluation of this case be extended
13 | to March 23, 2006.
14 |
15 | Dated: December 21, 2005
16 |                                 MARIA-ELENA JAMES
                                     Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*

KO v. CITY OF HAYWARD
Case No. C05-01686 MEJ                    3                    Stipulation and Order re Extension of
                                                               ENE and Proposed Order