1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  NANCY D. HART (SBN 195372)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street, 4th Floor
4  Hayward, California 94541-5007
   Tel: (510) 583-4450
5  Fax: (510) 583-3660

6  Attorneys for Defendant City of Hayward

7

8  WILLIAM A. ROMAINE (SBN 126966)
   LAW OFFICE OF WILLIAM A. ROMAINE
9  1200 South Woodland Street, Suite A
   Visalia, California 93277-4212
10 Tel: (559) 635 3040
   Fax: (559) 635 3044

11

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 RYAN KO, a Minor, by and through TONY     Case No.: C05-01686 MEJ
   KO, his guardian ad litem,
17                                            STIPULATION AND ORDER RE
                    Plaintiff,                DISCLOSURE OF RECORDS OF YOUTH
18                                            & FAMILY SERVICES BUREAU OF THE
         v.                                   HAYWARD POLICE DEPARTMENT,
19                                            AND DEPOSITION TESTIMONY OF ITS
   CITY OF HAYWARD, California, a             COUNSELOR
20 California Municipality,

21                  Defendant.
                                          /
22

23       IT IS HEREBY STIPULATED by and between the parties, as follows:

24       1.    Release of confidential and privileged records and testimony from the Hayward

25 Police Department Youth & Family Services Bureau is critical to the evaluation of this case by

26 the parties, and by the Early Neutral Evaluation evaluator appointed by the Court.

27       2.    By and through the minor's attorney of record, Tony Ko and Claudia Ko, on

28 behalf of themselves and on behalf of their minor son, Ryan Ko, hereby waive the of

confidentiality and privileges that apply to the records of the Hayward Police Department Youth & Family Services Bureau; provided, however, that said records shall be used by the parties solely for purposes of this litigation; and, further, that copies of such records shall be sealed upon resolution of the litigation, pursuant to further Court order as may be requested by plaintiffs.

3. By and through the minor's attorney of record, Tony Ko and Claudia Ko, on behalf of themselves and on behalf of their minor son, Ryan Ko, hereby waive the of confidentiality and privileges that apply to deposition testimony of any counselor of the Hayward Police Department Youth & Family Services Bureau who met with the minor and his parents on March 3, 2004; provided, however, that the record of such deposition testimony shall be used by the parties solely for purposes of this litigation; and, further, that copies of such recorded deposition testimony shall be sealed upon resolution of the litigation, pursuant to further Court order as may be requested by plaintiffs.

DATED: November 23, 2005

MICHAEL J. O'TOOLE, City Attorney

By: _____
NANCY D. HART, Assistant City Attorney
Attorneys for Defendant, City of Hayward

DATED: December 2, 2005

_____
WILLIAM A. ROMAINE
Attorney for Plaintiff

ORDER

Based upon the foregoing stipulation and the considerations therein, the Court hereby orders:

1. The Hayward Police Department Youth & Family Services Bureau is hereby ordered to release to the parties, upon written request accompanied by a copy of this Stipulation and Order, any and all records relating to the March 3, 2004 counseling session with the minor, Ryan Ko, and his parents, Tony and Claudia Ko. Said records shall be used by the parties solely

1  for purposes of this litigation.

2      2.    The Hayward Police Department Youth & Family Services Bureau counselor shall
3  appear at deposition and give sworn testimony concerning the counseling session on March 3,
4  2004, with the minor, Ryan Ko, and his parents, Tony and Claudia Ko. Copies of such recorded
5  deposition testimony shall be sealed used solely for purposes of this litigation.

Dated: January 4, 2006

MARIA-ELENA JAMES
Magistrate Judge



KO v. CITY OF HAYWARD
Case No. C05-01686 MEJ

3

Stipulation and Order re Disclosure of YFSB Records
& Deposition Testimony and Proposed Order