IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN KO,

        Plaintiff(s),

  vs.

CITY OF HAYWARD,

        Defendant(s).

No. C 05-1686 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATUS LETTER**

On June 1, 2006, the parties participated in an early neutral evaluation session, at which time the case did not settle. As the docket reflects no further action in this case, the Court ORDERS the parties to file a joint status letter by January 9, 2008.

**IT IS SO ORDERED.**

Dated: December 14, 2007

MARIA-ELENA JAMES
United States Magistrate Judge