**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KO,<br>              Plaintiff(s),<br>    vs.<br>CITY OF HAYWARD,<br>              Defendant(s)._____/ | No. C 05-1686 MEJ<br><br>**ORDER SCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |

   The Court hereby schedules a Case Management Conference in this matter on August 14, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint statement by August 7, 2008.  In their statement, the parties shall propose a trial date and deadline for filing of dispositive motions.  The parties shall also state whether it would be beneficial to refer this matter to another magistrate judge for a settlement conference prior to the dispositive motion deadline.

   **IT IS SO ORDERED.**

Dated: July 16, 2008

MARIA-ELENA JAMES
United States Magistrate Judge