IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KO, | No. C 05-1686 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CITY OF HAYWARD, | |
| Defendant(s). | |

On July 16, 2008, the Court scheduled a Case Management Conference in this matter to take place on August 14, 2008, and ordered the parties to file a joint statement by August 7. On August 7, Defendants filed a separate statement, stating that they received no response to a draft joint statement submitted to Plaintiff's counsel for review. As of August 11, no statement has been received from Plaintiff. Accordingly, the Court CONTINUES the Case Management Conference to September 4, 2008 at 10:00 a.m. in Courtroom B. The parties shall file a joint statement by August 28, 2008. Failure by Plaintiff to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: August 11, 2008

MARIA ELENA JAMES
United States Magistrate Judge