IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KO, a minor, by and through TONY KO, his guardian ad litem, | No.05-1686 MEJ |
| Plaintiff, | ORDER SETTING DISCOVERY HEARING |
| vs. | |
| CITY OF HAYWARD, CALIFORNIA, a California Municipality | |
| Defendant. | |

There Court hereby sets a discovery hearing in this matter. The hearing will take place on Thursday, February 12, 2009, at 10:30 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California, and will cover Defendants outstanding discovery requests: Plaintiff's responses to the City's Rule 34 requests, and obtaining an order for release of confidential records. In addition to the attorneys for Plaintiff Ryan Ko and Defendant City of Hayward, Tony Ko, guardian ad litem for Ryan Ko, is ORDERED to appear.

**IT IS SO ORDERED.**

Dated: January 23, 2009

MARIA-ELENA JAMES
United States Magistrate Judge