1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5  RYAN KO, a Minor, by and through TONY        Case No.:C05-01686 MEJ
   KO, his guardian ad litem,
6                                               **ORDER COMPELLING CUSTODIANS**
                              Plaintiffs,       **OF RECORD TO PRODUCE**
7                                               **DOCUMENTS IN COMPLIANCE**
                                                **WITH SUBPOENAS SERVED BY**
8      v.                                       **DEFENDANT CITY OF HAYWARD**

9  CITY OF HAYWARD, California, a               **ORDER FOR PLAINTIFF TO**
   California Municipality,                     **PRODUCE MATERIALS AND**
10                                              **DOCUMENTS IN HIS POSSESSION**
                              Defendant.
   _____/           **ORDER SCHEDULING COMPLIANCE**
11                                              **HEARING**

12

13         On February 12, 2009, the Court conducted a discovery hearing in the above-captioned

14  matter regarding the parties's January 13, 2009 letter.  (Dkt. #38.)  Based on discussions at the

15  hearing, the Court finds the requested discovery relevant and proper.  Accordingly, the Court

16  hereby ORDERS as follows:

17         To the Custodians of Records for the following persons and entities, served with

18  Subpoenas in a Civil Case by defendant City of Hayward, dated as follows:

19  Alameda County Mental Health Services                          December 22, 2008
    Cal State University, Dept. Of Communicative Sciences & Disorders    January 9, 2009
20  Children's Health Council/Esther B. Clark School               December 22, 2008
    Children's Hospital, Developmental & Behavioral Pediatrics     December 22, 2008
21  Creative Learning Center                                       December 22, 2008
    Hayward Unified School District                                December 22, 2008
22  Kaiser Permanente Medical Group                                December 22, 2008
    Palo Alto Police Department                                    December 22, 2008
23  Pathways to Wellness Medication Clinic              Multiple locations/not yet issued
    Regional Center of East Bay/Paul Fujita, M.D.                  December 22, 2008
24  Through the Looking Glass/Maria Less                           December 22, 2008

25         YOU ARE HEREBY ORDERED to produce the records described in those subpoenas

26  as:

27             Any and all writings, whether handwritten, typewritten, printed,
           photographed, photocopied, transmitted by electronic mail or facsimile, and every
28         other means of recording upon any tangible thing, any form of communication or
           representation, including letters, words, pictures, sounds, or symbols, or

Ko v. City of Hayward
Case No. C05-01686 MEJ                    1      Order Compelling Custodians of Records to
                                                 Produce Documents in Compliance with Subpoenas

1   combinations thereof, and any record thereby created, regardless of the manner in
    which the record has been stored, relating to:

2

3           RYAN KO
            DOB: December 7, 1996
            Residence address 27162 Underwood Avenue, Hayward, CA
4           Kaiser MR #9274363

5   including but not limited to:

6   School records, including applications, admission and attendance records, Section
    504 Plans, Assessment Plans, Psychoeducational Studies, Individualized
7   Education Program agreements, settlement agreements, disciplinary actions,
    behavior contracts.

8
    Medical, psychological, and psychiatric records, including but not limited to
9   examination, evaluation, diagnosis, diagnostic tests, x-rays, lab work, prognosis,
    medical treatment, psychological treatment, counseling, history, reports, notes,
10  diagrams, instructions, prescriptions, insurance and medical bills.

11  Law enforcement records, including incident reports for calls for service from
    Esther B. Clark School.

12
    including documents and materials that are deemed to be confidential or privileged.

13
            In addition, the Court ORDERS Plaintiff to produce any materials and documents he has

14
    in his possession that have not been produced.

15
            The parties are ORDERED to appear for a status hearing on March 12, 2009 at 10:00

16
    a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The

17
    parties shall file a joint status report by March 5, 2009.

18
            **IT IS SO ORDERED.**

19

20
    DATED: February 23, 2009                    _____
21                                              MARIA-ELENA JAMES
                                                United States Magistrate Judge
22

23

24

25

26

27

28

---

Ko v. City of Hayward
Case No. C05-01686 MEJ                          2        Order Compelling Custodians of Records to
                                                         Produce Documents in Compliance with Subpoenas