1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN KO, a Minor, by and through TONY
KO, his guardian ad litem,

                    Plaintiffs,

     v.

CITY OF HAYWARD, California, a
California Municipality, et al.,

                   Defendants.

_____/

Case No.:C05-01686 MEJ

**ORDER CONTINUING COMPLIANCE
HEARING**

     On February 23, 2009, the Court ordered the parties to appear for a status hearing on

March 12, 2009 regarding compliance with certain discovery requests.  The Court hereby

CONTINUES the compliance hearing to March 26, 2009 at 10:00 a.m. in Courtroom B.  The

parties shall file a joint status report by March 19, 2009.

     **IT IS SO ORDERED.**

DATED: March 4, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

1