**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN KO,

    Plaintiff(s),

vs.

CITY OF HAYWARD,

    Defendant(s).

No. C 05-1686 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS**

Pending before the Court is Defendant's Motion for Summary Judgment. (Dkt. #51.) Pursuant to Civil Local Rule 56-2, the parties shall file a joint statement of undisputed facts by May 28, 2009. As Defendant has already provided a draft version of a statement, Plaintiff shall submit his draft version to Defendant by May 22, 2009.

**IT IS SO ORDERED.**

Dated: May 19, 2009

MARIA-ELENA JAMES
United States Magistrate Judge