UNITED STATES DISTRICT COURT

Northern District of California

KO

               Plaintiff(s),

   v.

CITY OF HAYWARD, CALIFORNIA

              Defendant(s).
_____/

No. C 05-01686 MEJ

**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On July 2, 2009, Defendants electronically filed several documents. (Dkt. ##64-68.) However, Defendants have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies, with appropriate tab dividers if necessary, of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: July 7, 2009

                                             _____
                                             Maria-Elena James
                                             Chief United States Magistrate Judge