UNITED STATES DISTRICT COURT

Northern District of California

R.K., a Minor, by and through TONY KO, his guardian ad litem,

                Plaintiffs,

  v.

CITY OF HAYWARD, CALIFORNIA,

                Defendants.
_____/

No. C 05-01686 MEJ

**ORDER RE: SUPPLEMENTAL BRIEFING**

     Pending before the Court is Defendant City of Hayward's Motion for Summary Judgment (Dkt. #64). The Court held oral argument on the Motion on July 30, 2009. After reviewing the parties' briefs and considering the oral argument, the Court has questions about how Defendant's Motion, which focuses on the reasonableness of Officer Pierce's conduct, squares with both Plaintiff's allegation that Defendant's employees were acting pursuant to a policy, practice, or custom, and Supreme Court and Ninth Circuit authority holding that a municipality may not be held liable on a respondeat superior theory. Accordingly, the Court **ORDERS** supplemental briefing from the parties addressing these issues. In its brief, Defendant shall specifically address what applicability, if any, *Monell v. New York City Department of Social Services*, 436 U.S. 658, 694 (1978), and *Gibson v. County of Washoe*, 290 F.3d 1175, 1185-1196 (9th Cir. 2002), have in the present matter, and whether the "two paths" to municipal liability outlined in *Gibson* have any application. To the extent that either party intends to rely on evidence in support of its arguments, the party must attach the deposition transcript, affidavit, investigative report, etc., relied upon to their supplemental brief.

     Defendant's Supplemental Brief shall be filed no later than **August 20, 2009**. Plaintiff shall file its Supplemental Response Brief no later than **September 3, 2009**.

     **IT IS SO ORDERED.**

Dated: July 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge