UNITED STATES DISTRICT COURT

Northern District of California

KO

          Plaintiff(s),

  v.

CITY OF HAYWARD, CALIFORNIA

          Defendant(s).
_____/

No. C 05-01686 MEJ

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On August 20, 2009, Defendant electronically filed its supplemental briefing. (Dkt. #77.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

     **IT IS SO ORDERED.**

Dated: August 26, 2009

                                          _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge