UNITED STATES DISTRICT COURT

Northern District of California

R.K., a minor, by and through his Guardian Ad Litem, Tony Ko,

                Plaintiffs,

  v.

City of Hayward,

                Defendant.
_____/

No. C 05-01686 MEJ

**ORDER FOR SUPPLEMENTAL REPLY BRIEF BY DEFENDANT**

    Pending before the Court is Defendant City of Hayward's Motion for Summary Judgment. (Dkt. #64.) On July 30, 2009, the Court held a hearing on the Motion. At that time, the Court ordered the parties to file supplemental briefs addressing issues relating to Plaintiff's 42 U.S.C. §1983 claim against Defendant. Defendant filed its Supplemental Brief on August 20, 2009 (Dkt. #77). On September 15, 2009, Plaintiff filed its Supplemental Response Brief (Dkt. #77). So that this matter is fully briefed for the Court to consider, the Court hereby **ORDERS** Defendant to file a Supplemental Reply brief by **12:00 p.m. (noon) on Friday, September 18, 2009**. Only matters raised in Defendant's Supplemental Brief and Plaintiff's Supplemental Response Brief may be addressed.

    **IT IS SO ORDERED.**

Dated: September 15, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge